UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| ERNESTINE GRANT and MARJORIE WALKER, | : :  : |
| Plaintiffs, | : Civil Action No. 16-cv-03175 : (PKC)(DCF) : |
| v. | : : |
| | : **NOTICE OF WITHDRAWAL** |
| THE NEW YORK TIMES COMPANY, MARK THOMPSON, in his individual and professional capacities, and MEREDITH LEVIEN, in her individual and professional capacities, | : : : : : |
| Defendants. | : : |

------------------------------------------------------------- x

     **PLEASE TAKE NOTICE** that Kenneth D. Walsh hereby withdraws his appearance as counsel for Plaintiffs in the above-captioned matter, as he is no longer affiliated with the law firm Wigdor LLP, counsel of record for Plaintiffs.

Dated: July 9, 2019
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Lawrence M. Pearson

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
lpearson@wigdorlaw.com

*Counsel for Plaintiffs*