
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

October 25, 2019

Mark W. Batten
Member of the Firm
d 617.526.9850
f 617.526.9899
mbatten@proskauer.com
www.proskauer.com

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007
Facsimile: (212) 805-7949

      **Re:   Ernestine Grant v. The New York Times Company, et al., No. 16 Civ. 03175 (PKC)(DCF)**

Dear Judge Castel:

      We represent the Defendants in this action, The New York Times Company ("The Times"), Mark Thompson, and Meredith Levien.  The next case management conference is scheduled to take place on December 4 at 11:15 am.

      We write in brief reply to Plaintiffs' opposition letter of last evening.  We do not recall any comment from the Court at the last conference that no further extensions would be permitted, and in fact the Court granted the last two-week extension (Dkt. 142) without comment.

      We recognize the age of the case and have no interest in prolonging its resolution unnecessarily.  The mediation effort took longer than expected.  The current request merely seeks to permit the completion of eleven depositions on a reasonable schedule, rather than virtually every day between October 30 and November 14.

      We thank Your Honor for the Court's consideration of this request.

                                              Respectfully submitted,

                                              */s/ Mark W. Batten*

                                              Mark W. Batten

cc:     Larissa Boz, Esq.
           Lawrence Pearson, Esq.
           Hilary Orzick, Esq.